# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. MICHAEL GOMILA

VERSUS

THE STATE OF LOUISIANA ,
DEPARTMENT OF HEALTH AND
HOSPITALS, AND KATHY
KLIEBERT, IN HER OFFICIAL
CAPACITY

NO.  2020 CW 1194

**JULY 06, 2021**

---

In Re:    The State of Louisiana, through the Department of Health and Hospitals and Kathy Kliebert, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 633918.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**AHP**

**Holdridge, J.,** concurs.  It is difficult to determine from the pleadings whether the plaintiff is pleading several causes of action with separate claims for damages or one continuing cause of action with one claim for damages. However, since the defendants failed to introduce any evidence to prove that the certain claims were prescribed, I would deny the writ as to the objection of prescription and allow the plaintiff an opportunity to amend his petition to clarify his request and also to allow the defendants to re-file a peremptory exception raising the objection of prescription.

**McDonald, J.,** concurs in part and dissents in part.  I would grant the writ application in part and reverse the portion of the trial court's October 21, 2020 judgment denying the Motion for Partial Summary Judgment as to the claims for malicious prosecution, abuse of process, and intentional infliction of emotional distress.  I concur in the denial of the writ application as to the denial of the Exception of Prescription.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT